United States Bankruptcy Court
Northern District of Illinois
Eastern Division

IN RE:  Joseph & Elizabeth Borrasso   )
                                       )   **Chapter 13**
                                       )   **Case No. 14-17731**
   **DEBTORS**                         )   **Judge: Cox**
                                       )

## NOTICE OF APPEAL

    Joseph & Elizabeth Borrasso, debtor-appellants, by their attorney Joseph P. Doyle, appeal to the United States District Court for the Northern District of Illinois under 28 U.S.C. 158(a) from the order granting Motion for Rule 2004 Examination signed July 7, 2014 (document 18) and entered on the docket of the Bankruptcy Court July 9, 2014 in the Chapter 13 case 14-17731.

    The names of all parties to the order appealed from and the names and addresses of their respective attorneys are attached.

                                                              **By: /s/ Joseph P. Doyle**
                                                                     Joseph P. Doyle, Attorney for debtor

### Certification

The undersigned certifies that he served a copy of this notice and attachments to the the attached service list of creditors by first class mail, postage prepaid, from the mailbox located at Schaumburg, Illinois 60193 or otherwise via the methods shown above, on or before the hour of 4:30 p.m. on July 18, 2014. Unless otherwise indicated by local rules or other applicable rules, parties participating in electronic filing were served by electronic notice transmission.

                                                                   **By: /s/Joseph P. Doyle**
                                                                             Attorney for debtor

**Attorney for the Debtor**
**Prepared By: Joseph P. Doyle**
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph): 847-985-1100 (Fax) 847-985-1126

## SERVICE LIST

**Registrants Served Via Electronic Notice**

Patrick S. Layng, United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604

Trustee Tom Vaughn
55 E. Monroe, Suite 3850
Chicago, IL 60604

**Parties Served Via First Class Mail**

Richard Mesirow
2155 Farnsworth Lane
Northbrook, IL 60062

Florence Mesirow
2515 Windsor Lane
Northbrook, IL 60062

Ariele Chapman
555 Berrien Street A
Savannah, GA 31401

Alex Pirogovsky
Pirogovsky Frederman, Ltd.
3000 Dundee Road, Suite 318
Northbrook, IL 60062

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| IN RE:  Joseph & Elizabeth Borrasso | ) | |
| | ) | **Chapter 13** |
| | ) | **Case No. 14-17731** |
| DEBTORS | ) | **Judge:  Cox** |
| | ) | |

**Election to Proceed before District Court**

    Appellants Richard & Elizabeth Borrasso elect to have their appeal heard by the United States District Court and not by a bankruptcy panel.

                                           **By: /s/ Joseph P. Doyle**
                                                             Joseph P. Doyle, Attorney for debtor

**Attorney for the Debtor**
**Prepared By: Joseph P. Doyle**
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph): 847-985-1100 (Fax)  847-985-1126

## SERVICE LIST

**Registrants Served Via Electronic Notice**

Patrick S. Layng, United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604

Trustee Tom Vaughn
55 E. Monroe, Suite 3850
Chicago, IL 60604

**Parties Served Via First Class Mail**

Richard Mesirow
2155 Farnsworth Lane
Northbrook, IL 60062

Florence Mesirow
2515 Windsor Lane
Northbrook, IL 60062

Ariele Chapman
555 Berrien Street A
Savannah, GA 31401

Alex Pirogovsky
Pirogovsky Frederman, Ltd.
3000 Dundee Road, Suite 318
Northbrook, IL 60062

Joseph & Elizabeth Borrasso
227 Jill Lane
Streamwood, IL 60107

**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
327 S Church Street
Chicago, IL 60604
**Jeffrey P. Allsteadt, Bankruptcy Clerk**

| | |
|---|---|
| Date | July 21, 2014 |
| Case Number | 14-17731 |
| Case Name | Joseph A. Borrasso and Elizabeth A. Borrasso |
| Notice of Appeal Filed | July 18, 2014 |
| Notice of Cross Appeal Filed | |

Dear Sir/Madam:

A Notice of Appeal having been filed pursuant to **Bankruptcy Rule 8002**, please be notified that the Record on Appeal will be transmitted to the United States District Court when the record is complete for the purpose of appeal.

**Bankruptcy Rule 8006** requires that, within fourteen (14) days of the filing of the Notice of Appeal, the Appellant must file the following with the Clerk of the United States Bankruptcy Court:

▸ A Designation of the Content of the Record on Appeal
▸ A Statement of the Issues to be presented on Appeal

If the above are not filed within the fourteen (14) day time period as provided by **Bankruptcy Rule 8006**, the appeal will not be perfected.

**Bankruptcy Rule 8006** further states: If the record designated by any party includes a transcript of any proceeding, the party shall, immediately after filing the designation, deliver to the reporter and file with the clerk a written request for the transcript and made satisfactory arrangements for payment of its cost.

**Local Rule 9070-1**(B) states: Upon request, parties shall make the exhibits and transcripts or copies thereof available to any other party to copy at its expense.

By Deputy Clerk

Venita Brown

cc: Bankruptcy Judge & Attorneys of Record

Revised (02/14)lh

United States Bankruptcy Court
Northern District of Illinois
Eastern Division

IN RE:   Joseph & Elizabeth Borrasso         )
                                              )         Chapter 13
                                              )         Case No. 14-17731
           DEBTORS-APPELLANTS                 )         Judge:  Cox
                                              )

**Designation of Content of Record on Appeal**

Appellants Joseph & Elizabeth Borrasso, by their attorney Joseph P. Doyle, hereby designate the following contents of the record on appeal:

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed & Entered:* | 05/10/2014 | Chapter 13 Voluntary Petition Fee Amount $281, Filed by Joseph P Doyle on behalf of Joseph A. Borrasso, Elizabeth A. Borrasso Government Proof of Claim due by 11/6/2014. Chapter 13 Plan due by 05/27/2014. (Doyle, Joseph) |
| 2 | *Filed & Entered:* | 05/10/2014 | Chapter 13 Plan Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso. (Doyle, Joseph) |
| 3 | *Filed & Entered:* | 05/10/2014 | Declaration Re: Electronic Filing of Petition and Accompanying Documents. Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso. (Doyle, Joseph) |
| 4 | *Filed & Entered:* | 05/10/2014 | Chapter 13 Statement of Current Monthly and Disposable Income Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso. (Doyle, Joseph) |
| 5 | *Filed & Entered:* | 05/10/2014 | Statement of Social Security Number(s) Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso. (Doyle, Joseph) |
| 6 | *Filed & Entered:* | 05/10/2014 | Certificate of Credit Counseling Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso. (Doyle, Joseph) |
| 7 | *Filed & Entered:* | 05/10/2014 | Receipt of Voluntary Petition (Chapter 13)(14-17731) [misc,volp13a] ( 281.00) Filing Fee. Receipt number 26405223. Fee Amount $ 281.00 (re:Doc# 1) (U.S. Treasury) |

| | | | |
|---|---|---|---|
| 8 | *Filed & Entered:* | 05/10/2014 | Meeting of Creditors with 341(a) meeting to be held on 07/08/2014 at 03:00 PM at 55 East Monroe Street, Suite 3850, Chicago, Illinois 60603. Confirmation hearing to be held on 07/28/2014 at 10:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Proof of Claim due by 10/06/2014. Objection to Dischargeability due by 09/08/2014. (Doyle, Joseph) |
| 9 | *Filed & Entered:* | 05/12/2014 | Chapter 13 341 Meeting of Creditors . (Sirmons, Dornesa) |
| 10 | *Filed:* *Entered:* | 05/13/2014 05/15/2014 | BNC Certificate of Notice - Meeting of Creditors. (RE: 9Chapter 13 341 Meeting of Creditors). No. of Notices: 59. Notice Date 05/15/2014. (Admin.) |
| 11 | *Filed:* *Entered:* | 05/13/2014 05/15/2014 | BNC Certificate of Notice - PDF Document. (RE: 2 Chapter 13 Plan/Modified Plan). No. of Notices: 65. Notice Date 05/15/2014. (Admin.) |
| 12 | *Filed & Entered:* | 05/29/2014 | Change of Name/Address for Carole Sluski. Address changed to 6N999 Whispering Trail Rd. St Charles, IL 60175 Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso. (Doyle, Joseph) |
| 13 | *Filed & Entered:* | 05/29/2014 | Change of Name/Address for Nationwide Credit & Collection. Address changed to 815 Commerce Drive Suite 270 Oak Brook, IL 60523 Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso. (Doyle, Joseph) |
| 14 | *Filed & Entered:* *Terminated:* | 06/17/2014 07/07/2014 | Notice of Motion and Routine Motion Rule 2004 Examination of Joseph A and Elizabeth A. Borrasso Filed by Alex Pirogovsky on behalf of Ariele Chapman, Florence Mesirow, Richard Mesirow. Hearing scheduled for 7/7/2014 at 09:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Pirogovsky, Alex) |
| 15 | *Filed & Entered:* | 06/27/2014 | Response to (related document(s): 14 Motion Rule 2004 Examination) Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso (Doyle, Joseph) |
| 16 | *Filed & Entered:* | 07/01/2014 | Notice of Motion and Motion for Sanctions against Carole Sluski Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso. Hearing scheduled for 7/14/2014 at 09:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A - Promissory Note # 2 Exhibit B - Proof of Claim # 3 Exhibit C - Cease and Desist Letter # 4 Exhibit D - Email from Michael Weis # 5 Exhibit E - Email from |

| | | | |
|---|---|---|---|
| | | | Tim Weissman # 6 Exhibit F - Email from Mitchell Gossett # 7 Exhibit G - Email from Lisa Morgan # 8 Exhibit H - Police Citation # 9 Proposed Order) (Doyle, Joseph) |
| 18 | *Filed:* *Entered:* | 07/07/2014 07/09/2014 | Order Granting Motion for Rule 2004 (Related Doc # 14). Signed on 7/7/2014. (Mendoza, Catherine) |
| 17 | *Filed & Entered:* *Terminated:* | 07/08/2014 07/14/2014 | Notice of Motion and Motion to Continue/Reschedule Hearing (related documents [8] Meeting of Creditors 13) Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso. Hearing scheduled for 7/14/2014 at 09:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Doyle, Joseph) |
| 19 | *Filed & Entered:* | 07/09/2014 | Statement Adjourning Meeting of Creditors. Section 341(a) Meeting Continued on 7/30/2014 at 12:30 PM at 55 East Monroe Street, Suite 3850, Chicago, Illinois 60603. (Vaughn, Tom) |
| 20 | *Filed & Entered:* | 07/11/2014 | Appearance Filed by Ben W Koyl on behalf of Carole Sluski. (Koyl, Ben) |
| 21 | *Filed & Entered:* | 07/14/2014 | (E)Hearing Continued (RE: [16] Sanctions). Evidentiary hearing scheduled for 08/27/2014 at 01:00 PM at Courtroom 680 219 South Dearborn, Chicago, IL, 60604.. Signed on 07/14/2014. (Green, Josephine) |
| 22 | *Filed:* *Entered:* | 07/14/2014 07/15/2014 | Order Granting Motion to Continue/Reschedule (Related Doc # 17) (Related documents [8] Meeting of Creditors 13). Rescheduled 341(a) meeting to be held on 7/30/2014 at 12:30 PM at 55 East Monroe Street, Suite 3850, Chicago, Illinois 60603. Signed on 7/14/2014. (Mendoza, Catherine) |
| 23 | *Filed:* *Entered:* | 07/17/2014 07/18/2014 | Order Scheduling (RE: 16 Motion for Sanctions). Exhibit List due by 8/25/2014. Hearing scheduled for 8/27/2014 at 01:00 PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Response due by 8/4/2014. Reply due by: 8/25/2014. Witness List due by 8/25/2014. Signed on 7/17/2014 (Mendoza, Catherine) |
| 24 | *Filed & Entered:* | 07/18/2014 | Notice of Appeal to District Court. Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso. Fee Amount $298 (RE: 18 Order on Motion for Rule 2004). Appellant Designation due by 08/1/2014. Transmission of Record Due no later than 08/18/2014. (Attachments: # 1Supplement Notice to Proceed Before District Court)(Doyle, Joseph) |
| 25 | *Filed &* | 07/18/2014 | Receipt of Notice of Appeal(14-17731) [appeal,ntcapl] ( |

|   | *Entered:* |            | 298.00) Filing Fee. Receipt number 26973392. Fee Amount $ 298.00 (re:Doc# 24) (U.S. Treasury) |
|---|---|---|---|
| 26 | *Filed & Entered:* | 07/18/2014 | Amended Service List Filed by Joseph P Doyle on behalf of Elizabeth A. Borrasso, Joseph A. Borrasso (RE: 24 Notice of Appeal). (Doyle, Joseph) |

By: /s/ Joseph P. Doyle
Joseph P. Doyle, Attorney for debtor

### Certificate of Service

The undersigned certifies that on July 18, 2014, he filed the Appellant designation of record on appeal using the court's ECF/CM system and in the ordinary course of business that system serves all counsel of record by email.

By: /s/ Joseph P. Doyle
Attorney for debtor

**Attorney for the Debtor**
**Prepared By: Joseph P. Doyle**
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph): 847-985-1100 (Fax) 847-985-1126

United States Bankruptcy Court
Northern District of Illinois
Eastern Division

IN RE: Joseph & Elizabeth Borrasso )
)  Chapter 13
)  Case No. 14-17731
DEBTORS-APPELLANTS )  Judge: Cox
)

**Statement of Issues on Appeal**

Appellants' counsel Joseph P. Doyle provides the court with the following statement of the issues on appeal:

1. Whether the bankruptcy court abused its discretion in granting the motion for Rule 2004 examination when the examination is not necessary in the Debtors' Chapter 13 plan.
2. Whether the bankruptcy court abused its discretion in granting the motion for Rule 2004 examination when the motion asks for an overly broad request of documents that invade the Debtors' privacy and the overly extensive request for irrelevant documents will place substantial compliance burdens on the Debtors.
3. Whether the bankruptcy court abused its discretion in granting the motion for Rule 2004 examination because there is no sufficient cause for the motion in the first place.
4. Whether the bankruptcy court abused its discretion in granting the motion for Rule 2004 examination when the Debtors have challenged the right of the examiner to conduct a Rule 2004 examination and the examiner has not established that good cause exists for the taking of the examination that is reasonably necessary for the protection of the examiner's legitimate interests.
5. Whether the bankruptcy court abused its discretion in granting the motion for Rule 2004 examination because the Debtors are proposing to pay back their unsecured creditors a 100% dividend and thus no other assets or income are available to be discovered in such an examination that would lead to a larger distribution to unsecured creditors.
6. Whether the bankruptcy court abused its discretion in granting the motion for Rule 2004 examination when the requested discovery is designed purely to harass, embarrass, and annoy the Debtors.
7. Whether the bankruptcy court abused its discretion in granting the motion for Rule 2004 examination when the examination is not required to determine the amount of the examiner's claim.

By: **/s/ Joseph P. Doyle**
Joseph P. Doyle, Attorney for debtor

## Certificate of Service

The undersigned certifies that on July 31, 2014, he filed the Statement of Issues on Appeal using the court's ECF/CM system and in the ordinary course of business that system serves all counsel of record by email.

By: **/s/ Joseph P. Doyle**
Attorney for debtor

**Attorney for the Debtor**
**Prepared By: Joseph P. Doyle**
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph): 847-985-1100 (Fax) 847-985-1126