United States District Court
Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| IN RE: Joseph Borrasso et. al | ) | |
| Plaintiffs | ) | Case No.: 14-cv-06335 |
| v. | ) | Honorable Ronald A. Guzman |
| | ) | |
| Richard Mesirow et. al | ) | |
| Defendants | ) | |

### MOTION TO VOLUNTARILY DISMISS APPEAL PURSUANT TO BANKRUPTCY RULE 8001(c)(2)

Now Comes Counsel for, Joseph & Elizabeth Borrasso, Joseph P. Doyle, and respectfully states:

1. On July 18, 2014, Joseph & Elizabeth Borrasso, the appellants, filed in the Bankruptcy Court a notice of appeal.

2. The appeal was docketed in this court on August 18, 2014.

3. Joseph & Elizabeth Borrasso, the appellants, move this court, pursuant to Rule 8001(c) of the Federal Rules of Bankruptcy Procedure, to dismiss this appeal without prejudice.

4. Rule 8001(c)(2) provides that "If an appeal has been docketed…an appeal may also be dismissed on motion of the appellant on terms and conditions fixed by the district court or bankruptcy appellate panel."

5. An "appellant's motion to voluntarily dismiss its own appeal is generally granted, although courts of appeal have the discretionary authority not to dismiss the case in appropriate circumstances." *HCA Health Services of Va. V. Metro. Life Ins. Co.*, 957 F.2d 120, 123 (4th. Cir.1991).

6. The appellants wish to voluntarily dismiss this appeal for a few reasons. First, the reasons behind the appeal (protection against disclosure of documents and personal information) will be moot by the time the appeal is heard as the appellants will be required to comply with production requests prior to a hearing in the District Court and this Honorable Court has stricken the appellants' Motion for Leave to Appeal.

7. Second, the underlying Bankruptcy Judge has ruled against the appellants in their motion for leave to appeal and their motion to stay pending appeal, meaning the appellees are free to proceed with their examinations even while this appeal is pending.

8. Third, the appellants wish to save the Court and the Parties the time, cost, and energy of litigating this appeal. Both Parties have already expended a considerable amount of time, energy, and money in this issue. The appellants intend to comply with the Bankruptcy Order Granting a Rule 2004 Examination so they can achieve the fresh start they sought when filing their bankruptcy petition.

WHEREFORE, the Debtors/Plaintiffs pray this Honorable Court for the following relief:

A. An order granting the appellants motion to voluntarily dismiss the instant appeal.

B. For any and all other relief this Court deems just and fair.

Respectfully Submitted,

By: **/s/ Joseph P. Doyle**
Joseph P. Doyle, Attorney for Debtor

**Attorney for Debtor/Plaintiffs**
**Prepared by Joseph P. Doyle**
**Law Offices of Joseph P. Doyle**
**105 S. Roselle Road, Suite 203**
**Schaumburg, IL 60193**
**(Ph) 847-985-1100 (Fax) 847-985-1126**